**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN RIOS,

    Plaintiff,                               Case No.: 1:26-cv-06611

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | IFTRUE |
| 2 | yfyh |
| 3 | zhongshanshiyingxindadengshiy |
| 4 | BEIBEEe |
| 5 | 海冯边玩具 |
| 6 | zhongshanshijilingdouxinxikeji |
| 7 | YangXianCangSiShangM |
| 8 | NanChangDuiJinFuWeiWangLuoKeJiYouXianGongSi |
| 9 | yanlingxianfengyingmuye |
| 10 | DingYuTing |
| 11 | yuxintrade |
| 12 | GuangZhouYiWuShangMao |
| 13 | 金华市淑徵服饰有限公司 |
| 14 | deyangzhiguangshanxi |
| 15 | henanhongyangzhuangshisheji |
| 16 | baofengxiannanashipin |
| 17 | BeiLingJingMao |
| 18 | 枫京申 |
| 19 | 范书柜收纳 |
| 20 | RUNMEI3 |
| 21 | wulinmei |
| 22 | MAE7G97Y3U |
| 23 | CWEI CANVAS |

1

| 24 | AE9NEUL7X |
|----|-----------|
| 25 | Guizhen DIY Art Painting |
| 26 | weizahng |
| 27 | XL DIY Diamond Art |
| 28 | Little Ant DIY Art Painting |
| 29 | WangCai Home Furnishing |
| 30 | ggccliang |
| 31 | Light blue sky |
| 32 | HEY stars |
| 33 | UrbanCanvasStyle |
| 34 | Colorful Diamond Picture |
| 35 | YUIRUI |
| 36 | Sparkling Diamond Factory |
| 37 | benjiashangmao |
| 38 | UH Wonderful pictures |
| 39 | The spare lamp act the role |
| 40 | LIXU Poster |
| 41 | D Happy Decorative Painting |
| 42 | HKL ART |
| 43 | KunkunhappyAB |
| 44 | chengchengjing |
| 45 | posters ONE |
| 46 | Cities Built |
| 47 | LUCKY Uncle |
| 48 | Decorative posters |
| 49 | Z X L |
| 50 | MIAWMSJ |
| 51 | ChicFrame Studio |
| 52 | JIN Poster |
| 53 | hulixiaozi |
| 54 | DS origin |
| 55 | SUOF |
| 56 | Lucky HomeB |
| 57 | GuiLei |
| 58 | aLinNn local |
| 59 | coodeals |
| 60 | ingooood |
| 61 | paintsomeway |
| 62 | Fansells |