✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights** <br> **Copyright Office** <br> **Library of Congress** <br> **Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN** <br> **ACTION OR APPEAL** <br> **REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | Northern District Eastern Division |

| DOCKET NO. <br> 26cv6611 | DATE FILED <br> 6/4/2026 | |

| PLAINTIFF <br><br> Susan Rios | DEFENDANT <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED <br> ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED <br> ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK <br> T. BRUTON | (BY) DEPUTY CLERK <br> NF | DATE <br> 6/5/2026 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

Case: 1:26-cv-06611 Document #: 11 Filed: 06/05/26 Page 2 of 12 PageID #:31

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-152

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Witches Haunt |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 16, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Susan Rios |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Susan Rios |
| | 524 West Wilson Avenue, Glendale, CA, 91203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071403 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-110

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
_____

**Title of Work:** Sugar Plum Cottage

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** November 15, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Susan Rios
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Susan Rios
524 West Wilson Avenue, Glendale, CA, 91203, United States

## Rights and Permissions
_____

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification
_____

**Name:** David Denholm
**Date:** July 14, 2025
**Applicant's Tracking Number:** SR2025071405

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-151

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Christmas House |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 17, 2015 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Susan Rios |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Susan Rios |
| | 524 West Wilson Avenue, Glendale, CA, 91203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071402 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-113

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hope |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 24, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Susan Rios |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Susan Rios |
| | 524 West Wilson Avenue, Glendale, CA, 91203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071401 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-108

**Effective Date of Registration:**
July 14, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Solitude |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 24, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Susan Rios |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Susan Rios |
| | 524 West Wilson Avenue, Glendale, CA, 91203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
| | Manchester Center, VT 5255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 14, 2025 |
| **Applicant's Tracking Number:** | SR2025071404 |

