**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN RIOS,

     Plaintiff,                              Case No.: 1:26-cv-06611

v.                                    Judge April M. Perry

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | aLinNn local |

1