Exhibit 1

# 001 aLinNn local

