**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN RIOS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06611

Judge April M. Perry

Magistrate Judge Albert Berry, III

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 16, 2026, at 10:00 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge April M. Perry of the U.S.

District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte* Motion for Leave

to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication.

DATED: June 5, 2026           Respectfully submitted,

        */s/ Keith A. Vogt*
        Keith A. Vogt
        FL Bar No. 1036084 / IL Bar No. 6207971
        Keith A. Vogt PLLC
        1820 NE 163rd Street, Suite #306
        North Miami Beach, Florida 33162
        Telephone: 312-971-6752
        E-mail: keith@vogtip.com

        ***ATTORNEY FOR PLAINTIFF***