**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Rios

|                                    | Plaintiff,             |
|                                    |                        |

v.                                                       Case No.:
                                                         1:26–cv–06611
                                                         Honorable April M.
                                                         Perry

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

MINUTE entry before the Honorable April M. Perry: As it appears that the case filed is a "Schedule A" case, Plaintiff is directed to the Court's standing order on its website directing the filing of the Court's Schedule A Template within 14 days. Plaintiff's motion for expedited discovery and electronic service [13] is denied in light of the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198 (7th Cir. May 29, 2026). Plaintiff's attorney asserts in a sworn declaration that "The Hague Convention does not preclude service by email, and the declarations to The Hague Convention filed by China do not appear to expressly prohibit email service." Doc. 14–2 at 2–3. The Seventh Circuit has definitively informed us that this is not the case. By 6/23/2026, Plaintiff may file a renewed motion that addresses Kangol. Plaintiff must support any renewed motion with sworn affidavits and legal authority, so the Court may determine whether Plaintiff has made reasonably diligent efforts to ascertain and verify Defendant's address. For example, courts have found that searching the internet, calling known phone numbers, and conducting intensive investigations using multiple methods satisfies the reasonable diligence requirement. See, e.g., Smart Study Co. v. Acuteye–Us, 620 F. Supp. 3d 1382, 1391 (S.D.N.Y. 2022). The Court vacates the motion hearing set for 6/16/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.