**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN RIOS,

     Plaintiff,                                 Case No.: 1:26-cv-06611

v.                                         Judge April M. Perry

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[12] of the Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | aLinNn local |

This terminates the action.

DATED: June 23, 2026                            Respectfully submitted,

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                          Keith A. Vogt PLLC
                                          1820 NE 163rd Street, Suite #306
                                          North Miami Beach, Florida 33162
                                          Telephone: 312-971-6752
                                          E-mail: keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***