**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Rios

                                                Plaintiff,

v.
                                                        Case No.:
                                                         1:26–cv–06611
                                                         Honorable April M.
                                                         Perry

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

      MINUTE entry before the Honorable April M. Perry: Notice of Voluntary Dismissal [18] is acknowledged. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. Any or all previously set deadlines/hearings to be struck. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.